LUCY LATHAM et al., on Behalf of Themselves and Others Similarly Situated, Appellants, *v.* FATHER DIVINE et al., Respondents.

Submitted April 4, 1949; decided April 14, 1949.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 299 N. Y. 22.]